UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL OLIVER, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>HIGHGATE HOTELS, L.P.,<br><br>　　　　　　　Defendant. | Case No.: 1:25-cv-00137-MKV |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rachel Oliver hereby voluntarily dismisses her claims in the above-captioned action without prejudice. Plaintiff's voluntary dismissal does not affect the claims of the putative class.

DATED: June 26, 2025

*/s/ Steven P. Sukert*
Steven P. Sukert (NY Bar No. 5690532)
**KOPELOWITZ OSTROW, P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel.: (954) 332-4200
sukert@kolawyers.com

J. Gerard Stranch, IV*
Grayson Wells*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw

*Admitted Pro Hac Vice*

***Counsel for Plaintiff and the Putative Class***

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF on this 26th day of June, 2025.

By: */s/ Steven P. Sukert*
STEVEN P. SUKERT

4922-9176-6353, v. 1